IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JAMES STEPHEN SPENCER** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:24-cv-160 |
| | § | |
| **COLLIN COUNTY, TEXAS** | § | |

## JOINT MOTION TO ENTER FINAL JUDGMENT

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW **James Stephen Spencer,** Plaintiff and **Collin County, Texas**, Defendant, and file their JOINT MOTION TO ENTER FINAL JUDGMENT, and would show the Court as follows:

### I.
### OFFER OF JUDGMENT MADE AND ACCEPTED

An OFFER OF JUDGMENT pursuant to Federal Rule of Civil Procedure 68 was made by Defendant Collin County and accepted by Plaintiff James Stephen Spencer.

### II.
### PROPOSED FINAL JUDGMENT

The parties are submitting in conjunction with this Motion a FINAL JUDGMENT which disposes of all claims and all parties and will result in the complete resolution of this lawsuit.

### III.
### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, **James Stephen Spencer,** Plaintiff and **Collin County, Texas**, Defendant pray that their JOINT MOTION TO ENTER FINAL JUDGMENT be granted and the Court enter the FINAL JUDGMENT being submitted in conjunction with this MOTION, and that they have such other relief, at law or in equity, to which they may show themselves entitled.

Respectfully submitted,

By: /s/ *James P. Roberts*
SCOTT H. PALMER
State Bar No. 00797196
JAMES P. ROBERTS
State Bar No. 24105721
BREANTA BOSS
State Bar No. 24115768

**SCOTT H. PALMER, P.C.**
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com
breanta@scottpalmerlaw.com

**ATTORNEYS FOR PLAINTIFF**
**JAMES STEPHEN SPENCER**

By: /s/ *Robert J. Davis*
**ROBERT J. DAVIS**
State Bar No. 05543500
**KYLE THOMAS BARRY**
State Bar No. 24122284
**MATTHEWS, SHIELS, KNOTT,**
**EDEN, DAVIS & BEANLAND, L.L.P.**
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier)
bdavis@mssattorneys.com
kbarry@mssattorneys.com

**ATTORNEYS FOR DEFENDANT**
**COLLIN COUNTY, TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2024, I electronically filed the foregoing document with the clerk of the Court for the Eastern District, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: Scott Palmer, James Roberts, Breanta Boss.

                                        /s/ *Robert J. Davis*
                                        **ROBERT J. DAVIS**