## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **JAMES STEPHEN SPENCER** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 4:24-cv-160** |
| | § | |
| **COLLIN COUNTY, TEXAS** | § | |

### FINAL JUDGMENT

Having been advised that an OFFER OF JUDGMENT pursuant to Federal Rule of Civil Procedure 68 was made by Defendant Collin County, and accepted by Plaintiff James Stephen Spencer, the Court hereby enters this FINAL JUDGMENT, as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff James Stephen Spencer recover from Collin County, Texas, the amount of Four Hundred Thousand Dollars (**$400,000.00**), paid solely by its insurance company, to fully and finally resolve this litigation in its entirety, including any and all claims asserted against Collin County, and including all alleged damages and attorney's fees and court costs recoverable and now accrued by Plaintiff.

IT IS SO ORDERED.

SIGNED this 15th day of July, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE